IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MOSTAFA NATOUR, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 4:18-cv-00050 |
| | § | |
| v. | § | |
| | § | |
| HIGHLAND VILLAGE MANAGEMENT, LLC, and HAIDAR BARBOUTI. | § § § | |
| *Defendants*. | § | JURY TRIAL DEMANDED |

## Notice of Pending Settlement

The parties hereby give notice of settlement in this matter. The settlement agreement has been signed by the parties. Only remaining are the settlement payment and filing of a notice of dismissal and/or request for approval of settlement by the Court. The parties respectfully request 30-days to file the appropriate final papers.

Date: May 16, 2019

Respectfully Submitted,

*/s/ Husein Hadi*

**THE HADI LAW FIRM, PLLC**
Husein Hadi
Texas Bar No 24067641
Federal Bar No. 1626617
7100 Regency Square Blvd, Suite 140
Houston, Texas 77036
Tel.  (832) 433-7977
Fax. (855) 423-4529
Hadi@thehadilawfirm.com

NOTICE OF PENDING SETTLEMENT—PAGE 1 OF 2

             ATTORNEY-IN-CHARGE FOR PLAINTIFF MOSTAFA NATOUR

OF COUNSEL:
TAHERZADEH, PC
MO TAHERZADEH
mo@taherzadehlaw.com
Texas Bar No. 24028022
Federal Bar No. 29596
550 Post Oak Blvd., Suite 580
Houston, Texas 77027
Telephone: (713) 360-6055

<u>CERTIFICATE OF SERVICE & CONFERENCE</u>

 I hereby certify that on May 16, 2019, a copy of the foregoing instrument was served all counsel of record via the Court's ECF system or email.

 I hereby further certify that the statements regarding the pending settlement are true and correct and Defendants' counsel agrees that this case has settled, with only the transfer of payment and notice of dismissal remaining.


          */s/ Mo Taherzadeh*
          Mo Taherzadeh